05/24/2007 10:03    7136510051                KIRK LAW FIRM                    PAGE  02
Case 4:01-cv-00169-HTW-LRA   Document 57   Filed 01/11/06   Page 1 of 1
Case 2:03-cv-02102-BJR   Document 19   Filed 01/11/2006   Page 1 of 1

THE HONORABLE BARBARA J. ROTHSTEIN

03-CV-02102-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | MDL DOCKET No. 1407 |
| This document relates to: | [PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL OF ACTION |
| *Johnnie C. Bryant, et al. v. Bayer Corporation, et al.* | |
| MDL Cause No. C03-2102 | |

THIS MATTER coming before the Court on the parties' joint stipulation for the dismissal of the above referenced action in its entirety, with prejudice, and the Court having considered said motion:

It is hereby ORDERED, ADJUDGED AND DECREED that all claims in the above-referenced action against all defendants are dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED this 11th day of January, 2006.

_____
Honorable Barbara J. Rothstein

[PROPOSED] ORDER OF DISMISSAL
Case No.: C03-2102

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000